**United States of America**

vs

Case No: 1:17-CR-010-02

**Daryl Shane Grady**

## REPORT OF NONCOMPLIANCE

The defendant tested positive for oxycodone/opiates on April 5, 2017. Mr. Grady admitted to relapsing and using prescription pills not belonging to him.

<u>Intervention/Sanction Imposed or Recommended by U.S. Probation/Pretrial Officer:</u>

Mr. Grady has entered Prairie St. John's in Fargo, ND, a residential chemical dependency facility to address his substance abuse issues.

Respectfully submitted,

_____  4/27/17
Todd D. Pope                              Date
US. Probation/Pretrial Services