PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Darryl Shane Grady Case Number: 0868 1:17CR00010

Name of Sentencing Judicial Officer: Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence: October 10, 2017

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence: 163 days imprisonment, 3 years supervised release

Type of Supervision: TSR Date Supervision Commenced: 11/2/2017

Asst. U.S. Attorney: Rick L. Volk Defense Attorney: Chad R. McCabe

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On July 30, 2018, the defendant admitted to consuming alcohol, marijuana and oxycodone. This is in violation of the standard and special conditions of his release. |
| 2) | On August 6, 2018, the defendant tested positive and admitted to the use of oxycodone. This is in violation of the standard and special conditions of his release. |
| 3) | On February 2, 2019, the defendant tested positive and admitted to the use of oxycodone. This is in violation of the standard and special conditions of his release. |
| 4) | On June 12, 2019, the defendant tested positive for fentanyl. This is in violation of the standard and special conditions of his release. |
| 5) | On June 17, 2019, the defendant was in possession of fentanyl and drug paraphernalia at his sober living residence. The defendant admitted to the use of fentanyl. This is in violation of the standard and special conditions of his release. |

6) The defendant failed to participate in the recommended drug and alcohol treatment program. This is in violation of the special conditions of his release.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Mr. Darryl Shane Grady and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

- ☒ Revoked.
- ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2019

/s/ Fallon Clouse
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

Clare R Hochhalter
Signature of Judicial Officer

6-21-2019
Date