PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Darryl Shane Grady          Case Number: 0868 1:17CR00010

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence: October 10, 2017

Original Offense:        Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:       163 days imprisonment, 3 years supervised release
Revocation 7/10/19:      3 months imprisonment; 12 months supervised release

Type of Supervision: TSR          Date Supervision Commenced: 9/23/2019

Asst. U.S. Attorney: Rick L. Volk          Defense Attorney: Michelle Monteiro

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1) | On January 27, 2020, the defendant was arrested and charged with Domestic Violence and Criminal Mischief (Case# PD-P2000150) by Three Affiliated Tribes Law Enforcement. This is in violation of the standard conditions of his release. |
| 2) | On January 27, 2020, the defendant was arrested at Sportsman's Bar, whose primary business is the sale of alcoholic beverages. The defendant was also intoxicated at the time of his arrest. This is in violation of the special conditions of his release. |
| 3) | The defendant failed to report to the U.S. Probation officer as directed. This is in violation of the standard conditions of his release. |
| 4) | The defendant failed to submit alcohol breath tests and urine samples as directed. This is in violation of the special conditions of his release. |

PROB 12C
(Rev. 2/13)
Grady, Darryl
0868 1:17CR00010

5) The defendant failed to participate in the recommended drug and alcohol treatment program. This is in violation of the special conditions of his release.

6) On November 30, 2019, the defendant was arrested and charged with Driving Under the Influence (Case# PD-P1916083) by Three Affiliated Tribes Law Enforcement. This is in violation of the standard conditions of his release.

7) On November 5, 2019, the defendant was arrested and charged with Reckless Driving (Case# 2019-00017764) by Ward County Sheriff's Office. This is in violation of the standard conditions of his release.

8) The defendant has failed to obtain employment or participate in a program aimed at improving his educational level. This is in violation of the standard and special conditions of his release.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Mr. Darryl Shane Grady and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 28, 2020</u>

/s/ Fallon Clouse
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

PROB 12C
(Rev. 2/13)
Grady, Darryl
0868 1:17CR00010

_____
Signature of Judicial Officer

_____
January 28, 2020
Date