Local AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Darryl Shane Grady**<br>a/k/a Buggy | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  **1:17-cr-10-02**<br>USM No. **16508-059**<br><br>__Michelle Monteiro__<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   __Standard; Special__   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1) | Mr. Grady was arrested on January 27, 2020 and charged with Domestic Violence and Criminal Mischief (Case# PD-P2000150) by Three Affiliated Tribes Law Enforcement. | 1/27/20 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

June 2, 2020
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

Daniel L. Hovland       U.S. District Judge
Name and Title of Judge

June 2, 2020
Date

Local AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: **Darryl Shane Grady a/k/a Buggy**
CASE NUMBER: **1:17-cr-10-02**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2) | Mr. Grady was arrested on January 27, 2020 at Sportsman's Bar, whose primary business is the sale of alcoholic beverages. Mr. Grady was also intoxicated at the time of his arrest. | 1/27/20 |
| 3) | Mr. Grady failed to report to the US Probation Office, as directed. | |
| 4) | Mr. Grady failed to submit alcohol breath tests and urine samples, as directed. | |
| 5) | Mr. Grady failed to participate in the recommended drug and alcohol treatment program. | |
| 6) | Mr. Grady was arrested on November 30, 2019 and charged with Driving Under the Influence (Case# PD-P1916083) by Three Affiliated Tribes Law Enforcement. | 11/30/19 |
| 7) | Mr. Grady was arrested on November 5, 2019 and charged with Reckless Driving (Case# 2019-00017764) by the Ward County Sheriff's Office. | 11/5/19 |
| 8) | Mr. Grady failed to obtain employment or participate in a program aimed at improving his educational level. | |

Local AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: **Darryl Shane Grady a/k/a Buggy** | Judgment — Page __3__ of __3__ |
| CASE NUMBER: **1:17-cr-10-02** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**6 MONTHS, with credit for time served.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant be placed at a county correctional facility in North Dakota.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL